

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00207-CV

Peter **BARTON**,
Appellant

v.

Ana Lisa **GARZA**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-308
Honorable Dick Alcala, Judge Presiding

# O R D E R

On July 18, 2014, this court received appellant's brief. The brief violates Texas Rule of Appellate Procedure 38 in that it does not (1) include any record references in the statement of the case; (2) include a brief statement of the issues presented; (3) include a summary of the argument; and (4) include an appendix containing the trial court's judgment or other appealable order from which relief is sought. *See* TEX. R. APP. P. 38.1(d),(f),(h),(k). While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38. We further note that the brief violates Texas Rule of Appellate Procedure 9.4(d) in that the text is not double-spaced as required. *See* TEX. R. APP. P. 9.4(d).

We, therefore, ORDER appellant to file an amended brief within fifteen days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a); *see also id.* 42.3(c) (allowing dismissal of appellant's case if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.



_____
Keith E. Hottle
Clerk of Court